THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARLA ARONSON SCHERKER,

    Plaintiff,

vs.                          Case No.: 8:09-cv-289-T-33EAJ

NATIONWIDE RECOVERY SERVICE,
INC.,

    Defendant.
_____/

### ORDER

Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 4) is pending before the Court. Plaintiff informs the Court that she is dismissing her case with prejudice under Fed. R. Civ. P. 41(a)(1).

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

(1) This case is **DISMISSED** with prejudice.

(2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 9th day of June 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record